1180-15    ORIGINAL

IN THE COURT OF CRIMINAL APPEALS OF
AUSTIN TEXAS

| | |
|---|---|
| CAMERON BENNETT<br>APPEALLANT<br>VS<br>THE STATE OF TEXAS<br>APPELEE | COURT OF APPEALS<br>NUMBER IN 02-15- |

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

ON PETITION FOR DISCRETIONARY REVIEW FROM THE
DECISION OF THE COURT OF APPEALS FOR THE SECOND
DISTRICT OF TEXAS, AT FORT WORTH, TEXAS IN CAUSE
NUMBER, 1387365D, HON, RUBEN GONZALEZ, AFFIRMING
APPEALLANTS CONVICTION AND SENTENCE IN THIS
MATTER, PRESIDING FROM THE CRIMINAL DISTRICT COURT
NUMBER, 432nd OF TARRANT COUNTY, TEXAS.

APPELLANTS' PETITION FOR DISCRETIONARY
REVIEW.

CAMERON BENNETT #0222444
TARRANT COUNTY JAIL
100 NORTH LAMAR STREET
FORT WORTH, TEXAS, 76196

TRIAL ATTORNEY
WILLIAM RINK
777 MAIN ST. (SUITE 600)
FORT WORTH, TX 76102

APPELLANT PRO-SE

# TABLE OF CONTENTS

INDEX OF AUTHORITIES — 1

STATEMENT REGARDING ORAL ARGUMENT — 2

STATEMENT OF THE CASE — 3

STATEMENT OF PROCEDURAL HISTORY — 4

GROUNDS FOR REVIEW — 5

REASON FOR REVIEW — 6

PRAYER FOR RELIEF — 7

CERTIFICATE OF COMPLIANCE — 8

CERTIFICATE OF SERVICE — 9

APPENDIX — 10

# INDEX OF AUTHORITIES

1. ARTICLE 571.003 OF TEXAS HEALTH AND SAFETY CODE AND ANN 654.017

2. DEFREECE V. STATE, 848 S.W.2d 150, 159 (TEX. CRIM APP)

3. HEREFORD VS STATE, 339, S.W.3d, 11, 1, 129 (TEX. CRIM APP. 2011.

4. JACKSON, 857 S.W.2d. 678 TEX APP - HOUSTON 14th DIST

5. MITCHELL, 762 S.W.2d, 916 TEX APP - SAN ANTONIO

6. NUNEZ, 942 S.W.2d 57 TEX APP - CORPUS CHRISTI

7. UNITED STATES VS. WESTON, 255 F3d 873 C.D.C.

8. STRICKLAND VS WASHINGTON, 466 US, 668, 104 S CT 2052, 80 L ED 2d 674

9. THE AMERICAN DISABILITY ACT

10. WOODS, 59 S.W. 3d 833 TEX APP TEXARKANA

## STATEMENT REGARDING ORAL ARGUMENT

APPLICANT REQUEST THAT THE COURT OF CRIMINAL APPEALS WAIVE HIS ORAL ARGUMENT APPLICANT STRONGLY FEELS THAT THE RECORDS SPEAK FOR THEMSELVES. APPLICANTS MEDICAL STATUS "MENTALLY ILL" CLEARLY DEMONSTRATE THE COURTS LACK OF INCLUDING MITIGATING CIRCUMSTANCE CONSIDERATION, DUE TO COURT APPOINTED ATTORNEYS FAILURE TO GATHER THE NESSARY EVIDENCE MEDICAL HISTORY.

## STATEMENT OF CASE

THE ENTIRE NATURE OF THE CASE ORIGINATED FROM A MISDAMEANOR CHARGE OF THEFT, DUE TO THE MINOR ISSUES OF PROPERTY AND THE APPLICANTS MENTAL STATE AT TIME OF OFFENSE APPLICANT FEELS HE SHOULD HAVE GOT A LESSER AMOUNT OF TIME.

## STATEMENT OF PROCEDURAL HISTORY

THE COURT OF APPEALS ISSUED IT'S DECISION ON AUGUST, 28th, 2015. APPELLANTS PETITION FOR DISCRETIONARY REVIEW IS TIMELY FILED ON OR BEFFORE NOVEMBER, 27th, 2015.

# GROUNDS FOR REVIEW

A) INEFFECTIVE ASSISTANCE OF COUNSEL,
COURT APPOINTED ATTORNEY FAILED TO PRESENT
MITIGATING CIRCUMSTANCES OF APPELLANTS
MENTAL ILLNESS.

B) MITIGATING CIRCUMSTANCES/EXCEPTIONAL
CIRCUMSTANCES COULD HAVE HAD A MAJOR IMPACT
ON THE SENTENCING PHASE ALLOWING THE APPLICANT
TO RECIEVE COMPASSION FROM THE COURT,

## ARGUMENT

THE APPELLANT SHOULD HAVE BEEN GRANTED THE
OPPORTUNITY TO PRESENT HIS MENTAL HEALTH HISTORY.
THE COURT ERRORED IN NOT TAKING IT INTO CONSIDERATION
AT TIME OF SENTENCING. THERE WERE OTHER OPTIONS
THAT SHOULD HAVE BEEN CONSIDERED, ESPECIALLY
WHEN THE APPLICANT SPENT (6) MONTHS IN THE
STATE MENTAL HOSPITAL DUE TO HIS INCOMPETENCE
DURING THIS CASE YET THE COURT APPOINTED
ATTORNEY FAILED TO ACQUIRE THE NESSCARY RECORDS
TO PRESENT A VALID ARGUMENT DURING SENTENCING.
THERE ARE VARIOUS MENTAL HEALTH PROGRAMS
THAT APPLICANT DID QUALIFY FOR. THIS IS A
MENTALLY ILL APPLICANT THAT SHOULD GET MUCH
LESSER TIME FOR A MINOR CASE. APPLICANT
WAS ULTIMATELY SENTENCED TO (7) YEARS
IN THE DEPT OF CORRECTIONAL FACILITY.

# PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, APPLICANT PRAYS THAT THIS COURT REVERSE THE COURT OF APPEALS AND REMAND THE CASE FOR FURTHER PROCEEDINGS TO THE TRIAL COURT FOR A SENTENCING HEARING, IN WHICH MITIGATING ISSUES WILL BE CONSIDERED FOR THE POSSIBILITY OF LENINCY AND OR COMPASSION.

_____
APPLICANT PRO-SE

# CERTIFICATE OF COMPLIANCE

PURSUANT TO RULE 9.4(5) OF THE TEXAS RULE OF APPELLATE PROCEDURE, THE TOTAL OF NUMBER OF PAGES WHEN HAND WRITTEN IN THE PETITION FOR DISCRETIONARY REVIEW AND WITH A CERTIFICATE OF SERVICE FOLLOWED.

# CERTIFICATE OF SERVICE

I, CAMERON BENNETT, APPLICANT, PRO-SE, CERTIFY THAT ON THE 20th DAY OF NOVEMBER, 2015 A TRUE COPY OF THE FOREGOING WAS SERVED ON THE FOLLOWING.

THE COURT OF CRIMINAL APPEALS OF TEXAS
POST OFFICE BOX 12308  (CT CLERKS)
   CAPITOL STATION
AUSTIN, TEXAS, 78711

COURT OF APPEALS   (CT CLERK)
SECOND DISTRICT OF TEXAS
401 WEST BELKNAP (SUITE 9000)
FORT WORTH, TEXAS, 76196

DISTRICT ATTORNEYS OFFICE
% CHARLES M. MALLIN (APPELLANT SECTION)
401 WEST BELKNAP
FORT WORTH, TEXAS, 76196

DISTRICT COURT CLERK
% TOM WILDER
401 WEST BELKNAP
FORT WORTH, TEXAS, 76196

_____
APPLICANT     PRO-SE

_____
NOVEMBER - 20th - 2015
DATE

# APPENDIX

JUDGMENT/OPINION OF COURT
OF APPEALS SECOND DISTRICT OF
TEXAS


PLEASE SEE ATTACHED JUDGMENT





# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00262-CR

| | | |
|---|---|---|
| Cameron Bernard Bennett | § | From the 432nd District Court |
| | § | of Tarrant County (1387365D) |
| v. | § | August 28, 2015 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-15-00262-CR

CAMERON BERNARD BENNETT           APPELLANT

V.

THE STATE OF TEXAS           STATE

----------

### FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1387365D

----------

## MEMORANDUM OPINION[1]

----------

In exchange for the State's offer of seven years' confinement, Appellant Cameron Bernard Bennett pled guilty and judicially confessed to theft of property under $1,500 and two prior convictions. *See* Tex. Penal Code Ann. § 31.03(a), (e)(4)(D) (West Supp. 2014). He also pled true to the enhancement paragraph elevating his punishment range to that of a second-degree felony based on two

---

[1]*See* Tex. R. App. P. 47.4.

prior felony convictions. *See id.* § 12.425(b) (West Supp. 2014). Appellant waived all pretrial motions and all rights of appeal.

The trial court followed the plea bargain, convicted Appellant of the offense, and sentenced him to seven years' confinement, awarding credit for time served. The trial court signed a certification stating that the case was a plea-bargain case and Appellant had "NO right of appeal" and that Appellant had waived the right of appeal.

Appellant filed his notice of appeal on July 27, 2015. On August 3, 2015, we informed Appellant of the contents of the certification and stated that we could dismiss the appeal unless, on or before August 13, 2015, he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3.

On August 6, 2015, Appellant filed a "Motion for Extension of Time for Appellant to File his Appeal Brief." It does not show grounds for continuing the appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). We also deny Appellant's motion as moot to the extent that it requests any additional relief.

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 28, 2015

2

I, CAMERON BENNETT, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Sharon Wilson by mailing via first class mail to SHARON WILSON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this _20th_ day of _NOVEMBER_, 20_15_

_Cameron Bennett_

[Defendant's Name], Defendant Pro Se

CID _0222444_ DOB _8/17/1958_

100 N. Lamar St.

Fort Worth, TX 76102-1954

## Verification of Unsworn Declaration

I, _CAMERON BENNETT_, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner _0222444_ currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing _PETITION FOR DISCRETIONARY REVIEW_ and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this _20_ day of _NOVEMBER_ 20_15_.

_Cameron Bennett_
(Signature) Defendant pro se

_CAMERON BENNETT_
(Print Name)

CID _0222444_ DOB _8 / 7 / 1958_

_100 NORTH LAMAR STREET_
Address:
_FORT WORTH, TEXAS, 76196_

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

MERO) BENNETT # 02222444

) NORTH LAMAR STREET

T WORTH, TEXAS, 76196

LEGAL MAIL

COURT OF CRIMINAL APPEALS OF TEXAS

%0 COURT CLERK (ABEL ACOSTA)

POST OFFICE BOX 12308

CAPITOL STATION

AUSTIN, TEXAS, 78711

